

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 4, 2013

United States Bankruptcy Judge

_____

MCT2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 10-10016-RLJ-13 |
| NICHOLAS DEAN BERRY | DATED: October 2, 2013 |
| NATALIE ANN BERRY | ATTORNEY: MONTE J WHITE & ASSOCIATES PC |
| | HEARING DATE: 10/2/2013 |

**ORDER COMPELLING DEBTORS TO TURNOVER COPY OF 2012 TAX RETURN(S) TO THE TRUSTEE WITHIN TEN (10) DAYS**

On this day came on for consideration the Trustee's "Motion to Compel Debtor to File with the Court a copy of the Debtor's 2012 Federal Income Tax Return or in the Alternative to Provide a Copy to the Trustee and /or Pay any Excess Tax Refund to the Trustee within Ten (10) days of the Entry of the Order Requested Herein" and it appearing to the Court that although served, Debtors did not respond or otherwise appear and that the relief requested by the Trustee is deemed unopposed.

**IT IS THEREFORE ORDERED** that Debtor(s) shall turnover a copy of 2012 Tax Return(s) to the Trustee within Ten (10) days from the entry of this Order.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424