Monte J. White
State Bar No.00785232
Monte J. White & Associates
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax

                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF TEXAS
                            ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10016-RLJ-13 |
| NICHOLAS DEAN BERRY | § | |
| NATALIE ANN BERRY | § | |
|     DEBTORS | § | |

## NOTICE OF DEBTORS' ADDRESS CHANGE

    COME NOW NICHOLAS DEAN BERRY and NATALIE ANN BERRY, Debtors, and file this *Notice of Debtors' Address Change*. Attorney for Debtors hereby notifies proper address for service on Debtors is:

        Nicholas Dean Berry
        Natalie Ann Berry
        5125 Fairmont St. Apt. 1723
        Abilene, TX 79605

                                        Respectfully submitted,

                                        /s/Monte J. White
                                        Attorney for Debtor